**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL JAMES DIGGINS, II**                                                                                    **PLAINTIFF**

v.                                      Case No. 4:19-cv-000942-KGB-PSH

**FAULKNER COUNTY**
**DETENTION CENTER, Unit 2,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10).  Plaintiff Michael James Diggins, II, has not filed objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*)  The Court dismisses Mr. Diggins's claims against separate defendants Faulkner County Sheriff's Office and Faulkner County Detention Center for failure to state a claim upon which relief may be granted.

It is so ordered this the 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge