IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JAMES DIGGINS, II**                                                                              **PLAINTIFF**

v.                              Case No. 4:19-cv-000942-KGB-PSH

**FAULKNER COUNTY**
**DETENTION CENTER, Unit 2,** *et al.*                                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 50). Neither party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*) The Court rules as follows:

1. The Court grants in part and denies in part defendant Thad Kilpatrick's motion for summary judgment (Dkt. No. 46).

2. The Court denies Officer Kilpatrick's motion for summary judgment on plaintiff Michael James Diggins, II's excessive force claim based on qualified immunity (*Id.*).

3. The Court grants summary judgment to Officer Kilpatrick and dismisses Mr. Diggins's individual-capacity deliberate indifference claims against Officer Kilpatrick based on qualified immunity (*Id.*).

4. The Court grants summary judgment and dismisses Mr. Diggins's official-capacity claims against Officer Kilpatrick (*Id.*).

It is so ordered this the 15th day of September, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge