IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JAMES DIGGINS, II**                                                                                  **PLAINTIFF**

v.                          Case No. 4:19-cv-000942-KGB-PSH

**FAULKNER COUNTY**
**DETENTION CENTER, Unit 2,** *et al.*                                                              **DEFENDANTS**

### JUDGMENT

This matter came for trial by jury on the 9th, 10th, and 11th days of May, 2022.  Plaintiff Michael James Diggins, II appeared with his attorney Edward H. Schieffler.  Defendant Thad Kilpatrick appeared with his attorney Jason E. Owens.  All parties announced ready for trial.  A jury of twelve was selected and sworn.  The Court excused one juror on May 10, 2022.

On May 11, 2022, the jury returned a verdict in favor of Mr. Kilpatrick (Dkt. No. 87).  Judgment is therefore entered in favor of Mr. Kilpatrick.

So adjudged this 13th day of May, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge